**E-filed 11/1/06**

THEODORE C. CHEN, CSBN 206647
LAW OFFICES OF FARSHAD OWJI, P.A.
473 Jackson Street, Second Floor
San Francisco, California 94111
Telephone:      (415) 693-9583
Facsimile:        (415) 693-9584

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMMEDREZA SHAKERI,<br><br>                       Plaintiff,<br><br>            v.<br><br>ALBERTO R. GONZALES, Attorney General of the United States;   ROBERT S. MUELLER, Director of FBI;  MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ**,** Director of the United States Citizenship and Immigration Services; DAVID N. STILL, District Director of the San Francisco Citizenship and Immigration Service office in his official capacity;  FRANCIS D. SICILIANO, Officer in charge of USCIS San Jose Office;<br><br>                       Defendants. | Case No.: **5:06-CV-5460**<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action on the basis that the action is now moot following the October 12, 2006

approval of the Plaintiff's application for adjustment of status by the United States Citizenship and Immigration Services.

Each Party shall bear their own costs and fees.

Respectfully Submitted,

Dated: October 16, 2006

/s/
_____
THEODORE C. CHEN
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: October 16, 2006

/s/
_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: 11/1/06

_____
JEREMY FOGEL
United States District Judge